JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAN ROBBINS, | ) | NO. CV 17-246-PA(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LT. J. CORTEZ, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 13, 2021.

/s/ Percy Anderson
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE